## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: July 23, 2010 |
| Court Reporter: | Paul Zuckerman | |
| Interpreter: | Susanna Cahill | |

Criminal Action No. 10-cr-00271-MSK

*Parties*:                                                                                         *Counsel Appearing:*

UNITED STATES OF AMERICA,                                               Kasandra Carleton

       Plaintiff,

v.

MARTIN ALANIZ-GONZALEZ,                                                    Scott Reisch

       Defendant.

## COURTROOM MINUTES

HEARING:   Motions

**4:15 p.m.       Court in session.**

Defendant present in custody.

Interpreter sworn.

The Government is temporarily excused from the hearing.

The Court addresses defendant's Motion to Withdraw as Attorney (**Doc. #37**).

Argument by Mr. Reisch.  Statement by defendant.

**4:27 p.m.       Court in recess**
**4:41 p.m.       Court in session**

Statement from defendant.

The Government rejoins the hearing.

**ORDER:** Defendant's Motion to Withdraw as Attorney (**Doc. #37**) is **WITHDRAWN.**

The Court addresses Motion for Disclosure of 404(b) evidence (**Doc. #21**).

Statement from the Government and Mr. Reisch.

ORDER: Motion for Disclosure of 404(b) evidence (**Doc. #21**) is **GRANTED**. The Government will provide the information 21 days prior to trial.

The Court addresses defendant's Motion for Preservation of recordings and Notes (**Doc. #22**).

Statement by both counsel.

ORDER: Motion for Preservation of Recordings and Notes (**Doc. #22**) is **GRANTED in Part and DENIED in part.** All agent notes currently in existence will be preserved.

The Court addresses defendant's Motion for Production (**Doc. #23**).

Statement by both counsel.

**ORDER:** Motion for Production (**Doc. #23**) is **WITHDRAWN**.

The Court addresses defendant's Motion to Compel Disclosure of Promise of Immunity (**Doc. #24**).

Statements by both counsel.

**ORDER:** Defendant's Motion to Compel Disclosure of Promise of Immunity (**Doc. #24**) is **GRANTED in part and DENIED in part**. Disclosure of anything that falls within the scope of this motion will be made 21 days prior to trial.

The Court addresses defendant's Motion for Disclosure of Brady Material (**Doc. #25**).

Statement by both counsel.

**ORDER:** Defendant's Motion for Disclosure of Brady Material (**Doc. #25**) is **GRANTED in part and DENIED** in part. The disclosure will comply with Rule 16.

The Court addresses Rule 16 disclosures and that they must comport with the requirements of Rule 702.

**ORDER:** The Government's Rule 16 Disclosures will be made by **August 22, 2010.**

The Court addresses defendant's Motion to Disclose Identity of Inmates (**Doc. #26**).

Statement by both counsel.

**ORDER:** Defendant's Motion to Disclose Identity of Inmates (**Doc. #26**) is **GRANTED in PART and DENIED in part.** Disclosure will be made 21 days before trial.

The Court addresses defendant's Motion for Intent to Use 807 Evidence (**Doc. #28**).

Statement by both counsel.

**ORDER**: Defendant's Motion for Intent to Introduce 807 Evidence (**Doc. #28**) is **GRANTED** in part and **DENIED** in part. Disclosure will be made 21 days before trial.

The Court addresses defendant's motion to continue trial (**Doc. #27**).

Argument by Mr. Reisch. The Government has no objection.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:** The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Defendant's Motion to Continue Trial (**Doc. #27**) is **GRANTED**. The trial currently scheduled to begin on **July 26, 2010 at 1:00 p.m.** is **VACATED.** The trial will be scheduled no later than 105 days from July 26, 2010 unless further motion to continue the trial is filed. Counsel will jointly contact chambers within 30 days to advise they are ready for trial and will be advised at that time which judge will preside over the trial.

**5:05 p.m.** **Court in recess.**

**Total Time:    36 minutes.**
**Hearing concluded.**